

1996 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-20-1996

# Antol v. Exposto

Precedential or Non-Precedential:

Docket 95-3714

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1996

Recommended Citation

"Antol v. Exposto" (1996). *1996 Decisions.* Paper 31.
http://digitalcommons.law.villanova.edu/thirdcircuit_1996/31

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1996 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
————————————

No. 95-3714
————————————

GARY L. ANTOL, et al.,
                    Appellants
          v.

DOMINIC ESPOSTO, et al.,
                    Appellees


————————————

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
(D. C. No. 95-cv-00951)
————————————

Argued August 6, 1996

Before: MANSMANN, SCIRICA, and WEIS, Circuit Judges

Filed November 20, 1996
————————————

ORDER AMENDING SLIP OPINION


        It is hereby ordered that the following footnote 4  will replace the existing footnote 4 appearing on page 18 of the slip opinion in this case.

                    BY THE COURT:
                    /s/Joseph F. Weis

                    _____

                    Joseph F. Weis
                     United States Circuit Judge


Date: January 10, 1997